# Richmond

A. B. MOORE v. CHESAPEAKE AND OHIO RAILWAY COMPANY, ETC., ET AL.

June 18, 1956.

Record No. 4440.

Present, All the Justices.

*Richmond Moore, Jr. (B. Gary Blake; Blake, Taylor, Hazen and Laster; Tucker, Mays, Cabell and Moore,* on brief), for the appellant.

*Milton Kramer (Olin A. Rogers; Meade T. Spicer, Jr.; Lester P. Schoene; Charles M. Mulholland; Edward J. Hickey, Jr.; Rogers, Cudlipp and Savage; Schoene and Kramer; Mulholland, Robie and Hickey,* on brief), for the appellees.

*Per Curiam*

The determination of this case is controlled by the decision of the Supreme Court of the United States in the case of *Railway Employes' Department* v. *Robert L. Hanson, Et Al.,* decided May 21, 1956, 351 U. S. 225, 76 S. Ct. 714, and accordingly the order of the Hustings Court of the City of Richmond, Part II, appealed from, is hereby affirmed.

*Affirmed.*